

August 25, 2025

<u>FILED ON ECF</u>

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America ex rel. Moy v. A C Pharmacy Corp., et al.*,
               <u>Civil Action No. CV 15-5486 (Gonzalez, J.) (Merkl, M.J.)</u>

Dear Judge Gonzalez:

      This Office represents the United States of America in this *qui tam* action, which was filed under seal by Daniel Moy ("Relator") pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33 (the "FCA"), as well as the New York False Claims Act, New York State Fin. Law §§ 189, *et seq.* (the "NYFCA"). In his Complaint, Relator alleges that Defendants violated the FCA and the NYFCA by, *inter alia*, knowingly submitting to the United States and the State of New York false or fraudulent claims for reimbursement for pharmaceutical drugs that were unnecessarily dispensed or never dispensed by the pharmacy defendant. Relator also alleges that Defendants engaged in a kickback scheme, involving, among other things, false or fictitious prescriptions, fraudulent reimbursements for over-the-counter purchases, and improper arrangements with medical suppliers.

      On February 25, 2025, the Court extended the time for the United States and New York to determine whether to intervene until further order of the Court, and through at least August 26, 2025. On September 3, 2024, the Court had previously lifted the seal over its order, the Relator's Complaint, and "any matter occurring in these actions hereafter." We write to request a brief extension of time to September 26, 2025 for the United States and New York to finalize their intervention decisions. The Relator consents to this request.

      We thank the Court for its consideration of this request.

                    Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ *Tsz Ting Tam*
       Tsz Ting Tam
       Assistant U.S. Attorney
       (718) 254-6284
       Tsz.Ting.Tam@usdoj.gov

Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA
*ex rel.* DANIEL MOY,

                 Plaintiff,

     v.

A C PHARMACY CORP., JENNAN
COMPREHENSIVE MEDICAL, P.C.,
MAGGIE CHEN, AMANDA Y. HON,
JOHN HON, SI CI ZHU, JOHN DZAAN-
HONG CHING, WISELY LIU,
FLORENCE MUI, HENRY CHEN, M.D.,
YANHAN HUANG, M.D., JOHN YIU,
M.D., TINA WONG, M.D., PUI-CHING
MAK, QING XIANG HUANG; XING LIAN
CHEN, JACKY LEE, and
RICHARD SHADRIN,

               Defendants.

– – – – – – – – – – – – – – – – – –X

**STIPULATION AND ORDER**

Civil Action No. 15-CV-5486

(Gonzalez, J)
(Merkl, M.J.)

     WHEREAS, on or about September 22, 2015, Daniel Moy (the "Relator") filed the above-referenced action, in which Relator asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33 (the "FCA");

     WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was sealed for a period of at least sixty days from the date of filing;

     WHEREAS, the Court partially unsealed the action on September 3, 2024;

     WHEREAS, the Court most recently extended the intervention deadline until August 26, 2025;

     WHEREAS, in order for the United States to have time to adequately investigate

and evaluate the allegations contained in Relator's complaint, the United States, with the consent of Relator's counsel, respectfully requests that its time to intervene in this action be extended until further order of the Court, and at least until September 26, 2025;

WHEREAS, in the interests of judicial economy, and to ensure consistency with the federal deadline, the United States respectfully requests that the extension of the intervention deadline also be deemed for the benefit of the State of New York;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Relator and the United States that:

1. In order to allow the United States time to investigate and evaluate the allegations contained in Relator's complaint, the United States shall have until further order of the Court, and at least until September 26, 2025, to determine whether to elect to intervene in the above-captioned *qui tam* action.

2.     The extension shall be deemed for the benefit of the State of New York as well as for the United States.

Dated: Brooklyn, New York  
       August 25, 2025

JOSEPH NOCELLA, JR.  
UNITED STATES ATTORNEY  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

By:    */s/ Tsz Ting Tam*  
       Tsz Ting Tam  
       Assistant U.S. Attorney  
       (718) 254-6284  
       Tsz.Ting.Tam@usdoj.gov

Dated: New York, New York  
       August 25, 2025

ALLEGAERT BERGER & VOGEL LLP  
111 Broadway, 20th Floor  
New York, New York 10006

By:    */s/ John S. Craig*  
       John S. Craig  
       (212) 571-0550

SO ORDERED:

Brooklyn, New York  
_____, 2025

_____  
HONORABLE HECTOR GONZALEZ  
United States District Judge, E.D.N.Y.