UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

――――――――――――――――X

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DANIEL MOY,<br><br>                      Plaintiff,<br><br>   v.<br><br>A C PHARMACY CORP., JENNAN COMPREHENSIVE MEDICAL, P.C., MAGGIE CHEN, AMANDA Y. HON, JOHN HON, SI CI ZHU, JOHN DZAAN-HONG CHING, WISELY LIU, FLORENCE MUI, HENRY CHEN, M.D., YANHAN HUANG, M.D., JOHN YIU, M.D., TINA WONG, M.D., PUI-CHING MAK, QING XIANG HUANG; XING LIAN CHEN, JACKY LEE, and RICHARD SHADRIN,<br><br>                      Defendants. | **STIPULATION AND ORDER**<br><br>Civil Action No. 15-CV-5486<br><br>(Gonzalez, J)<br>(Merkl, M.J.) |

――――――――――――――――X

WHEREAS, on or about September 22, 2015, Daniel Moy (the "Relator") filed the above-referenced action, in which Relator asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33 (the "FCA");

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was sealed for a period of at least sixty days from the date of filing;

WHEREAS, the Court partially unsealed the action on September 3, 2024;

WHEREAS, the Court most recently extended the intervention deadline until August 26, 2025;

WHEREAS, in order for the United States to have time to adequately investigate

and evaluate the allegations contained in Relator's complaint, the United States, with the consent of Relator's counsel, respectfully requests that its time to intervene in this action be extended until further order of the Court, and at least until September 26, 2025;

WHEREAS, in the interests of judicial economy, and to ensure consistency with the federal deadline, the United States respectfully requests that the extension of the intervention deadline also be deemed for the benefit of the State of New York;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Relator and the United States that:

1. In order to allow the United States time to investigate and evaluate the allegations contained in Relator's complaint, the United States shall have until further order of the Court, and at least until September 26, 2025, to determine whether to elect to intervene in the above-captioned *qui tam* action.

2. The extension shall be deemed for the benefit of the State of New York as well as for the United States.

Dated: Brooklyn, New York  
      August 25, 2025

JOSEPH NOCELLA, JR.  
UNITED STATES ATTORNEY  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

By: */s/ Tsz Ting Tam*  
Tsz Ting Tam  
Assistant U.S. Attorney  
(718) 254-6284  
Tsz.Ting.Tam@usdoj.gov

Dated: New York, New York  
      August 25, 2025

ALLEGAERT BERGER & VOGEL LLP  
111 Broadway, 20th Floor  
New York, New York 10006

By: */s/ John S. Craig*  
John S. Craig  
(212) 571-0550

SO ORDERED:

Brooklyn, New York  
    August 25, 2025

*/s/ Hector Gonzalez*  
HONORABLE HECTOR GONZALEZ  
United States District Judge, E.D.N.Y.