**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

John S. Craig
Direct: 212.616.7075
jcraig@abv.com

October 7, 2025

**BY ECF**

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

*United States of America v. AC Pharmacy Corp., et al.*
(Civil Action No. 15-cv-05486 (EDNY) (HG))

Dear Judge Gonzalez:

      We represent Relator Daniel Moy in the above referenced action. We write in response to the Court's September 29, 2025, Order directing the Realtor to file a status report advising the Court how he plans to proceed in this case. We have now been able to confer with our client and confirm that he agrees with dismissing the action, as he no longer wishes to intervene.

      We regret filing this status report later than the deadline indicated in the Court's September 29, 2025, Order as we have only now received confirmation from our client that he no longer wishes to proceed with this action.

Respectfully submitted,

/s/ John S. Craig

cc: All counsel of record (via ECF)