UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA *ex rel.*
DANIEL MOY,

               Plaintiffs,

- against -

A C PHARMACY CORP., JENNAN
COMPREHENSIVE MEDICAL, P.C., MAGGIE
CHEN, AMANDA Y. HON, JOHN HON, SI CI
ZHU, JOHN DZAAN-HONG CHING, WISELY
LIU, FLORENCE MUI, HENRY CHEN, M.D.,
YANHAN HUANG, M.D., JOHN YIU, M.D., TINA
WONG, M.D., PUI-CHING MAK, QING XIANG
HUANG, XING LIAN CHEN, JACKY LEE, and
RICHARD SHADRIN,

               Defendants.
------------------------------------X

Civil Action No.
15-CV-5486

(Gonzalez, J.)
(Merkl, M.J.)

# THE UNITED STATES' AND STATE OF NEW YORK'S
# NOTICE OF CONSENT TO DISMISSAL

On October 8, 2025, Relator Daniel Moy ("Relator") filed a letter notifying the Court that "he no longer wishes to proceed with this action." *See* Dkt. Entry No. 35. On October 8, 2025, the Court issued an Order construing Relator's letter as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and ordered the case dismissed. *See* Dkt. Entry dated Oct. 8, 2025. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), which provides that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting[,]" the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action with prejudice as to Relator, but without prejudice to the rights of the United States, based on its determination that such a dismissal

is commensurate with the public interest. The State of New York similarly consents to the dismissal of this action, but without prejudice to the rights of the State of New York.

Dated: Brooklyn, New York
October 9, 2025

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York
        271A Cadman Plaza East
        Brookly, NY 11201

By:  */s/ Anjna Kapoor*
        Anjna Kapoor
        Tsz Ting Tam
        Assistant U.S. Attorneys
        (718) 254-6190/ 6284

Dated: New York, New York
October 9, 2025

        LETITIA JAMES
        Attorney General of the State of New York
        28 Liberty Street
        New York, NY 10005

By:  */s/ Jill Brenner*
        Jill Brenner
        Special Assistant Attorney General
        (212) 417-5377